■ In the Matter of GEORGE McGUIRE, Petitioner, v MICHAEL J. GARSON, Respondent. [660 NYS2d 1002] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel the respondent Justice of the Supreme Court to decide the petitioner's CPL article 440 motion.

Upon the petition and papers filed in support of the proceeding, and the papers filed in opposition thereto, it is

Adjudged that the petition is denied and the proceeding is dismissed as academic, without costs or disbursements. Miller, J. P., Sullivan, Joy and Altman, JJ., concur.

■ In the Matter of JUAN O., a Person Alleged to be a Juvenile Delinquent, Appellant. [660 NYS2d 991] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of disposition of the Family Court, Rockland County (Warren, J.), entered August 14, 1996, which, upon a fact-finding order of the same court, dated May 14, 1996, made upon the appellant's admission, finding that he had committed acts which, if committed by an adult, would have constituted the crime of criminal trespass in the third degree, adjudged him to be a juvenile delinquent, placed him on probation for one year, and ordered him to pay restitution in the aggregate sum of $2,250. The appeal brings up for review the fact-finding order dated May 14, 1996.

Ordered that the order is affirmed, without costs or disbursements (*see, Matter of Joel M.,* 240 AD2d 747 [decided herewith]). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.